[Civ. No. 12842. Second Appellate District, Division Two.—September 30, 1940.]

E. MAE McCALLON, Appellant, v. GRACE STURDEVANT et al., Respondents.

Harold D. Kraft for Appellant.

Schell & Delamer for Respondents.

THE COURT.—■ The respondents having filed their motion to dismiss the appeal in the above-entitled cause, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by the said certificate and by the authorities cited,

It is hereby ordered that this appeal be, and it hereby is, dismissed.